IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Anthony Lee Lamboy, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 0:10-2407-TLW-PJG |
| | ) | |
| | ) | |
| Spartanburg County Detention Facility | ) | |
| Medical; Larry Powers, Warden; Captain | ) | |
| Teresa Speller; L.T. Pilgrim; Cpl Church, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

# ORDER

Anthony Lee Lamboy, ("plaintiff"), brought this civil action, *pro se*, pursuant to 42 U.S.C. § 1983 on September 15, 2010. (Doc. # 1).

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Paige J. Gossett, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that the defendant's motion for summary judgment be granted. (Doc. # 85). No objections have been filed.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. # 85). Therefore, the defendant's motion for summary judgment is **GRANTED**, and the plaintiff's claims are hereby **DISMISSED**. (Doc. # 29).

    **IT IS SO ORDERED**

                                                                                       s/Terry L. Wooten
                                                                   United States District Judge

September 12, 2011
Florence, South Carolina